# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00307-BLW |
| Plaintiff, | MEMORANDUM DECISION AND ORDER |
| v. | |
| KEVIN ALEXIS RIVAS-CARDENAS, | |
| Defendant. | |

## ORDER

Pending before the Court is Government's Motion to Dismiss Indictment. Dkt. 22. The Government proffers that it "has learned of new evidence that necessitates the dismissal of the Indictment in the interest of justice." Dkt. 22 at 2. Accordingly,

**IT IS ORDERED:**

1.  Government's Motion to Dismiss Indictment (Dkt. 22) is **GRANTED**;

2.  Defendant's Motion to Suppress and Hearing Request (Dkt. 16) is **DENIED AS MOOT**.

DATED: March 7, 2019

B. Lynn Winmill
United States District Judge